IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
Civil No. 01-121 MJD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID W. FROST,<br><br>Defendant,(s). | ) | **ORDER FOR JUDGMENT DEBTOR EXAMINATION** |

Based upon the Application of the United States, and it appearing therefrom that this is a proper case for the appearance of David W. Frost, judgment debtor:

IT IS ORDERED that David W. Frost appear in Courtroom 8 East, of the United States Courthouse, 300 S. Fourth Street, Minneapolis, Minnesota 55415, on November 16, 2004, at 9:00 a.m., before the Honorable J. Earl Cudd, United States Magistrate Judge, to answer questions concerning the judgment debtor's assets, income, expenditures, personal and real property, and credits.

IT IS FURTHER ORDERED that the judgment debtor shall bring to the debtor examination a copy of a current pay stub, last Federal tax return, all documents evidencing ownership of personal or real property having a value in excess of $100, and all records and documents listed in Attachment A.

IT IS FURTHER ORDERED that, in the alternative, the judgment debtor may appear before the United States Magistrate Judge at the time and place directed above with a fully completed, signed and dated Financial Statement Form attached hereto.

A copy of this ORDER shall be served upon the judgment debtor

David W. Frost, ten (10) days before the date of this Examination.

FAILURE TO OBEY THIS ORDER WILL RESULT IN THE ISSUANCE OF A BENCH WARRANT FOR YOUR ARREST.

Dated:October 26, 2004

*s/ J. Earl Cudd*
J. EARL CUDD
United States Magistrate Judge