A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **01 CV 121 MJD**

0541-0204-0594-F

David W. Frost

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: David W. Frost

and bring him or her forthwith to the nearest Magistrate Judge for failure to appear for debtors examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

December 29, 2004 at Minneapolis, MN

s/Mary Kaye Conery

(By) Mary Kaye Conery, Deputy Clerk

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

______________________ ______________________

Name and Title of Arresting Officer Signature of Arresting Officer

DATE 2-15-05
RETURNED UNEXECUTED Per Court Order
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
U.S. DISTRICT COURT MPLS

DC Modified 02/20/04